

# ARKANSAS COURT OF APPEALS

DIVISION IV
No. CR-15-649

| | |
|---|---|
| | Opinion Delivered June 22, 2016 |
| JAMAAL DULANE SIMPSON<br>APPELLANT | APPEAL FROM THE BENTON COUNTY CIRCUIT COURT [NO. CR-2012-704-1] |
| V. | HONORABLE ROBIN F. GREEN, JUDGE |
| STATE OF ARKANSAS<br>APPELLEE | AFFIRMED; MOTION TO WITHDRAW GRANTED |

## M. MICHAEL KINARD, Judge

The appellant, Jamaal Dulane Simpson, was convicted of delivery of a controlled substance (cocaine) and possession of drug paraphernalia and was sentenced as a habitual offender to consecutive prison terms totaling sixty-five years. He previously appealed those convictions to this court. We found sufficient merit in one of appellant's points for appeal to warrant a limited remand to the trial court for the purpose of holding a hearing to determine whether appellant had been competent at the time of his trial. *See Simpson v. State*, 2015 Ark. App. 103, 455 S.W.3d 856. That hearing was held, after which the trial court entered an order finding that appellant had been fit to proceed to trial. Appellant has again appealed.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), and Arkansas Supreme Court Rule 4-3(k), appellant's attorney has filed a motion to be relieved as counsel, stating that

there is no merit to the appeal. The motion is accompanied by an abstract and addendum of the proceedings below and a brief in which counsel asserts that there is nothing in the record that would support an appeal. The clerk of this court served appellant with a copy of his counsel's brief and notified him of his right to file a pro se statement of points for reversal within thirty days. Appellant has filed no such statement.

From our review of the record and the brief presented to us, we find compliance with Rule 4-3(k) and that an appeal would be wholly without merit. Accordingly, counsel's motion to withdraw is granted, and the judgment is affirmed.

Affirmed; motion to withdraw granted.

WHITEAKER and HIXSON, JJ., agree.

*Robert M. "Robby" Golden*, for appellant.

No response.